UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF FLORIDA
PENSACOLA DIVISION

DEBBIE S. GILLMAN,

    Plaintiff,

v.                                  CASE NO.

CITY OF DEFUNIAK SPRINGS,

    Defendant.
_____/

## NOTICE OF REMOVAL

TO:    THE JUDGES OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION.

Defendant, CITY OF DEFUNIAK SPRINGS ("Defendant") pursuant to 28 U.S.C. §§1331, 1343, 1367, 1441(a), 1446, and Local Rule 7.2, hereby gives this Notice of Removal of an action pending in the Circuit Court of the First Judicial Circuit, in and for Walton County, Florida, and states:

I.    **Procedural Allegations:**

    1.    Plaintiff sued Defendant in a civil action in the Circuit Court of the First Judicial Circuit, in and for Walton County, Florida, Case Number 2020-CA-000059. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 7.2, true and correct copies of key process, pleadings, and orders filed in the state court proceeding are attached hereto as Exhibits "A"-"K." Due to the volume of papers filed in the state court proceeding, Defendant will, within 14 days after removal, file copies

of all remaining papers filed in the state court action.  A copy of the docket for the state court action is attached hereto as Exhibit "L."

2. Plaintiff's action against Defendant is the Second Amended Complaint and alleges gender-based discrimination and retaliation under federal law, Title VII, 42 U.S.C. §2000e et seq., and state law, Chapter 760, *Florida Statutes*. The filing of the Second Amended Complaint on October 6, 2022 was the first time that Plaintiff asserted claims under federal law.

3. Plaintiff served Defendant on October 6, 2022, and this removal is timely filed under 28 U.S.C. §1446(b).

4. A copy of this Notice of Removal has been provided to Plaintiff and filed with the Clerk of the state trial court on this date.

II. <u>Federal Jurisdiction</u>:

5. Counts III and IV of the Second Amended Complaint are brought under 42 U.S.C. § 2000 et. seq. and allege gender-based discrimination and retaliation. This Court has subject matter jurisdiction over these claims based on federal question jurisdiction, 28 U.S.C. §1331.[1] The Court also has original jurisdiction over Plaintiff's federal civil rights claims under 28 U.S.C. § 1343(a).

---

[1] Federal question jurisdiction exists in a civil matter when the "claim or right aris[es] under the Constitution, treaties or laws of the United States." 28 U.S.C. § 1441(b).

6.      Counts I and II of the Second Amended Complaint are state law claims for gender-based discrimination and retaliation under Chapter 760, *Florida Statutes.* This Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367.

**WHEREFORE**, Defendant requests that all claims in the referenced action be removed to this Court.

Respectfully submitted this 4th day of November 2022.

*/s/ Holly A. Dincman, Esq.*



Holly A. Dincman (FBN: 0115614)
hdincman@coppinsmonroe.com
bmiller@coppinsmonroe.com
adelk@coppinsmonroe.com

COPPINS MONROE, P.A.
1319 Thomaswood Drive, Tallahassee, FL 32308
Office: 850-422-2420 ∣ Fax: 850-422-2730

ATTORNEYS FOR DEFENDANT
CITY OF DEFUNIAK SPRINGS

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

I also certify that the same has been served to counsel for Plaintiff on this 4th day of November 2022 via electronic mail, as follows:

Marie A. Mattox
MARIE A. MATTOX, P. A.
Marie@mattoxlaw.com
marlene@mattoxlaw.com
michelle@mattoxlaw.com

ATTORNEYS FOR PLAINTIFF

/s/ Holly A. Dincman, Esq.
Attorney